Ivan E. Mercado
1330 Beacon St., Ste. 300
Brookline, MA 02446
617.284.6700
www.mercadorengel.com
ivan@mercadorengel.com



MERCADO & RENGEL

August 18, 2020

**VIA ECF & ELECTRONIC MAIL**

Judge Richard M. Berman
Daniel Patrick Moynihan
US Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Freyling Salomon-Vizcaino, Criminal No. 20-cr-00241-RMB**

Dear Judge Berman:

    I write to request that my client be allowed to accept employment at Compare Markets, 3815 9th Ave., New York, NY. The issue presented by this particular offer of employment arises because Mr. Salomon-Vizcaino will be will not be paid through a regular payroll, the employment is considered "off the books" and requires Court approval.

    The supervising officer assigned to this Defendant, Bernisa M. Mejia (Intensive Supervision Specialist) has no objection to the granting of this request. Additionally, Counsel has conferred with the Government and they would defer to Pretrial Services and take no position on this request.

    Wherefore, counsel would respectfully ask that this Court grant Mr. Salomon-Vizcaino permission to accept employment at Compare Markets

Respectfully submitted,
**Freyling Salomon-Vizcaino**,
By his attorney,

*/s/ Ivan E. Mercado*
_____
Ivan E. Mercado
MERCADO & RENGEL, LLP
1330 Beacon St. Ste. 300
Brookline, MA 02446
617-284-6700
Fax: 305-260-6189
ivan@mercadorengel.com

---

Court defers to Pretrial.

**SO ORDERED:**
Date: 8/19/2020    *Richard M. Berman*
Richard M. Berman, U.S.D.J.

CC: Jacob Fiddelman (Via ECF Jacob.Fiddelman@usdoj.gov)
Bernisa Mejia (Bernisa_Mejia@nyspt.uscourts.gov)

1330 Beacon St., Ste. 300, ▪ Brookline, MA 02446 ▪ Phone: 617.284.6700
201 S. Biscayne Blvd. 28th Floor ▪ Miami, FL 33131▪ Phone: 305.432.2199▪ Fax: 305.260.6189
P. Castellana 18, 7° Piso ▪Madrid, Spain 28046 ▪ Phone: 91 123 91 99  ▪ Fax: 91 123 00 00
Web: www.mercadorengel.com