Ivan E. Mercado
1330 Beacon St., Ste. 300
Brookline, MA 02446
617.284.6700
www.mercadorengel.com
ivan@mercadorengel.com



September 4, 2020

**VIA ECF & ELECTRONIC MAIL**

Judge Richard M. Berman
Daniel Patrick Moynihan
US Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Freyling Salomon-Vizcaino, Criminal No. 20-cr-00241-RMB**

Dear Judge Berman:

On or about September 3, 2020, the Court entered an unopposed order allowing the Defendant to begin employment at Compare Markets, 3815 9th Ave., New York, NY. Since that date, Mr. Salomon-Vizcaino has been employed as verified by Pretrial Services. In fact, the employment has been going so well that Defendant has been given extra shifts, which involves a rotating schedule. This creates a situation where permission must be sought on a continuous basis due to schedule changes. After, discussions with Pre-Trial services, counsel has been made aware that it would be best to have the Defendant placed on a curfew with hours to be set by Pre-Trial Services for employment purposes only.

The supervising officer assigned to this Defendant, Bernisa M. Mejia (Intensive Supervision Specialist) has no objection to the granting of this request. Additionally, Counsel has conferred with the Government has no objection to this request.

Wherefore, counsel would respectfully ask that this Court grant Mr. Salomon-Vizcaino permission to accept employment at Compare Markets

Respectfully submitted,
**Freyling Salomon-Vizcaino**,
By his attorney,

*/s/ Ivan E. Mercado*

Ivan E. Mercado
MERCADO & RENGEL, LLP
1330 Beacon St. Ste. 300

Application to set a curfew is granted.

SO ORDERED:
Date: 9/8/2020
Richard M. Berman, U.S.D.J.

                                                Brookline, MA 02446
                                                617-284-6700
                                                Fax: 305-260-6189
                                                ivan@mercadorengel.com

CC: Jacob Fiddelman (Via ECF Jacob.Fiddelman@usdoj.gov)
Bernisa Mejia (Bernisa_Mejia@nyspt.uscourts.gov)

1330 Beacon St., Ste. 300, ▪ Brookline, MA 02446 ▪ Phone: 617.284.6700
201 S. Biscayne Blvd. 28th Floor ▪ Miami, FL 33131▪ Phone: 305.432.2199▪ Fax: 305.260.6189
P. Castellana 18, 7° Piso ▪Madrid, Spain 28046 ▪ Phone: 91 123 91 99 ▪ Fax: 91 123 00 00
Web: www.mercadorengel.com