UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

FREYLING VIZCAINO,

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20   -CR- 241 ( ) ( )

Defendant __Freyling Vizcaino__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_X_ Change of Plea

_/s/ Freyling Salomon Vizcaino_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Freyling Vizcaino**
Print Defendant's Name

_/s/ I.E.M._
Defendant's Counsel's Signature

**Ivan E. Mercado**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_12·1·2020_
Date

_/s/ Katharine H. Parker_
U.S. District Judge/U.S. Magistrate Judge