**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                   20 CR. 241 (RMB)

   -against-

                                                                                                 **ORDER**

FREYLING VIZCAINO,
                Defendants.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the status conference scheduled for Thursday, March 4, 2021 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 2412

Dated: February 25, 2021
       New York, NY

                                                          _____
                                                                RICHARD M. BERMAN
                                                                     U.S.D.J.