**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                              20 CR. 241 (RMB)
  -against-

                                              **ORDER**

FREYLING VIZCAINO,
                Defendants.
------------------------------------------------------------X

      The status conference previously scheduled for Thursday, March 4, 2021 at 12:00 PM is hereby rescheduled to Tuesday, March 9, 2021 at 1:30 PM.

      In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 2412

Dated: March 1, 2021
       New York, NY

                                        _____
                                            RICHARD M. BERMAN
                                                U.S.D.J.