UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

FREYLING VIZCAINO,

           Defendant.

**ORDER AND JUDGMENT**

S1 20 Cr. 241 (RMB)

This matter having come on to be heard on the motion of Audrey Strauss, United States Attorney for the Southern District of New York, by Jacob R. Fiddelman, Assistant United States Attorney,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

1. The $50,000 personal recognizance bond executed by defendant Freyling Vizcaino and sureties Rafaelina M. Quinones and Jasira America Cleto be and hereby is FORFEITED.

2. Judgment in the amount of $50,000 in favor of the United States of America and against defendant Freyling Vizcaino be and hereby is ENTERED and the United States of America shall have execution therefor. Judgment shall not be entered against the bond sureties.

SO ORDERED.

Dated: New York, New York
      March 9, 2021



HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE