**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

    20 CR. 241 (RMB)

  -against-

**ORDER**

FREYLING VIZCAINO,
               Defendants.
-----------------------------------------------------------X

In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Thursday, July 22, 2021 at 9:00 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (917) 933-2166
Access Code: 460 788 581


Dated: July 14, 2021
       New York, NY

                                      RICHARD M. BERMAN
                                      U.S.D.J.