Ivan E. Mercado
1330 Beacon St., Ste. 300
Brookline, MA 02446
617.284.6700
www.mercadorengel.com
ivan@mercadorengel.com



August 28, 2021

**VIA ECF & ELECTRONIC MAIL**

Judge Richard M. Berman
Daniel Patrick Moynihan
US Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Freyling Salomon-Vizcaino, Criminal No. 20-cr-00241-RMB**

Dear Judge Berman:

    I write to request that my client's passport be ordered returned to his fiancée Rafaelina M. Quinones. The defendant was arrested on or about February 25, 2020 and charged by complaint dated February 26, 2020. (Dkt No. 1) At the initial appearance, a number of bail conditions for the defendant's release pending trial were set, among these was the surrender of his passport from the Dominican Republic. (Dkt No. 9) On July 22, 2021, the Defendant was sentenced to 68 months upon a plea of Guilty. (Dkt No. 100)

    Now that the case has concluded, the Defendant would ask that this Honorable Court order the Clerk of the Court for the Southern District of New York to return his passport to Rafaelina M. Quinones. The motion is unopposed by the government.

Application granted on consent.

SO ORDERED:
Date: 8/31/21
*Richard M. Berman, U.S.D.J.*

Respectfully submitted,
**Freyling Salomon-Vizcaino**,
By his attorney,

*/s/ Ivan E. Mercado*
_____
Ivan E. Mercado
MERCADO & RENGEL, LLP
1330 Beacon St. Ste. 300
Brookline, MA 02446
617-284-6700
Fax: 305-260-6189
ivan@mercadorengel.com

cc: Jacob Fiddelman (Via ECF Jacob.Fiddelman@usdoj.gov)